IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAY A. MARTIN, | § | |
| | § | No. 312, 2015 |
| Plaintiff-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DOCTORS FOR EMERGENCY, | § | C.A. No. N12C-06-187 |
| SERVICES, P.A., and CHRISTIANA | § | |
| CARE HEALTH SERVICES, INC., | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees. | § | |

Submitted: April 27, 2016
Decided: April 29, 2016

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## **ORDER**

This 29th day of April, 2016, after careful consideration of the parties' briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its transcript rulings dated February 26, 2014 and June 1, 2015.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice